## ELEANORA SCHAFFER *vs.* CITY OF ST. PAUL.

### July 19, 1889.

**New Trial—Excessive Damages.**—An order granting a new trial, and setting aside a verdict for excessive damages, *held* justified by the record, and within the sound discretion of the trial court.

Appeal by plaintiff from an order of the district court for Ramsey county, *Kelly*, J., presiding, setting aside a verdict of $1,000 in her favor, and granting a new trial.

*Willrich & Lambert* and *Joseph Kling*, for appellant.

*W. P. Murray* and *A. S. Hall*, for respondent.

VANDERBURGH, J. This action is brought by plaintiff to recover damages against the city of St. Paul for diverting the course of a stream of water which ran through plaintiff's lot, and the only question litigated and considered in the case was that of damages. Upon this there was a wide diversity in the testimony, and the court was of the opinion that the verdict for the amount rendered was not justified by the evidence, and granted a new trial. In this we find no abuse of discretion, and in conformity with the settled rule of this court applicable in such cases the order is affirmed.